1-751009
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ZIM-AMERICAN ISRAELI SHIPPING
CO., INC.,

                      Plaintiff,

        - against -

VIPA LAUSANNE S.A.,

                      Defendant.
-----------------------------------------------------------X

JUDGE PRESKA

05 CV 6525

CIVIL COMPLAINT
IN ADMIRALTY



        Plaintiff ZIM-AMERICAN ISRAELI SHIPPING CO., INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant VIPA LAUSANNE S.A., in personam, in a cause of action civil and maritime, alleges upon information and belief:

        1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 24 of the Bill of Lading.

        2. At all times hereinafter mentioned, plaintiff ZIM-AMERICAN ISRAELI SHIPPING CO., INC. was and still is a corporation duly organized and existing under the laws of the State of New York with offices and a place of business at 5801 Lake Wright Drive, Norfolk, VA 23502.

        3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

        4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's public tariff.

        5. Thereafter, the said goods were transported to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and to refuse to remit the $28,550.00 due, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $28,550.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
July 19, 2005

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
ZIM-AMERICAN ISRAELI SHIPPING CO., INC.
551 Fifth Avenue, Suite 1701
New York, NY  10176
(212) 696-1760

## SCHEDULE A

I. <u>Defendant's status & address:</u>

A. Upon information and belief and at all times hereinafter mentioned, defendant VIPA LAUSANNE S.A. was and still is a corporation organized and existing under the laws of Switzerland, with offices and a place of business Galeries Benjamin Constant 1, Case postale 7700, 1002 Lausanne (CH), Switzerland.

II. <u>Particulars:</u>

1. Bill of Lading No. SSPHNYC1067, dated June 28, 2001, from New York to Chittagong on the Vessel ATLANTIC, thirteen (13) forty-foot containers SAID TO CONTAIN: SCRAP PAPER, at the applicable tariff charge of $9,525.00 (Exhibit A).
Amount Paid: $0              Amount Due: $9,525.00

2. Bill of Lading No. SSPHNYC1083, dated July 31, 2001, from New York to Chittagong on the Vessel CHINA, twenty (20) forty-foot containers SAID TO CONTAIN: SCRAP PAPER, at the applicable tariff charge of $19,025.00 (Exhibit B).
Amount Paid: $0              Amount Due: 19,025.00

III. <u>Total Amount Due: $28,550.00</u>

ZIM ISRAEL NAVIGATION COMPANY LTD.
ZIM CONTAINER SERVICE

| SHIPPER / EXPORTER (NAME & ADDRESS) | BOOKING No. | BILL OF LADING No. |
|---|---|---|
| M/S. VIPA LAUSANNE S.A., 1002 LAUSANNE (CH) GALERIES BENJAMIN-CONSTANT 1, CASE POSTALE 4131, SWITZERLAND | 1XNYC2020 | SSPHNYC1067 |

EXPORT REFERENCES
1-365-2
FL-01-20042

| CONSIGNEE (NAME & ADDRESS) | FORWARDING AGENT F.M.C. No. |
|---|---|
| TO THE ORDER OF "DHAKA BANK LTD., KHATUNGONJ BRANCH, 292/293, KHATUNGONJ, CHITTAGONG" | FMC# 1735 FRANKLIN FORWARDING CO., INC 401 BROADWAY NEW YORK, NY 10013 |

POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)

(B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

| NOTIFY (NAME & ADDRESS) | REMARKS / EXPORT OR OTHER INSTRUCTIONS |
|---|---|
| M/S. MEG PAPER AND BOARD MILLS LTD., 100, KHATUNGONJ, CHITTAGONG, BANGLADESH. FACTORY ADDRESS: KALURGHAT, CHITTAGONG, BANGLADESH | ALSO NOTIFY: DHAKA BANK LTD., KHATUNGONJ BRANCH, 292/293, KHATUNGON CHITTAGONG, BANGLADESH. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS (IF CONTRACTED FOR) |
|---|---|
| LOADING VESSEL | VOY. | PORT OF LOADING |
| ATLANTIC | 16/E | NEW YORK |
| PORT OF DESTINATION | FINAL DESTINATION (IF CONTRACTED FOR) | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) |
| CHITTAGONG PORT | | |

PARTICULARS AS FURNISHED BY SHIPPER

| MRKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| | DESCRIPTION DETAILS AS PER ATTACHED RIDER | | |
| | 13 CONTAINERS AS PER ATTACHED LIST | | |

# EXHIBIT "A"

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| DETAILS | | PER | AMOUNT | PREPAID | COLLECT |
|---|---|---|---|---|---|
| FREIGHT PREPAID | FREIGHT | UNIT | 950.00 | 9500.00 | DL |
| | B/L FEES | U | 25.00 | 25.00 | DL |
| CY/CY | | | | | |
| SHIPPERS/LOAD/COUNT/STOW | | | | | |

AD VALOREM FREIGHT

MERCHANT'S DECLARED VALUE OF GOODS:
If Merchant enters a value, Carrier's "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 23)

AUS 9525.00

IN WITNESS whereof the Master or Agent of the said vessel has signed the number of original Bills of Lading stated below. All of this tenor and date. If the Bill of Lading is consigned to order, one shall be surrendered before delivery and the others to stand void.

| FREIGHT PAYABLE AT | No. OF ORIGINAL B/L ISSUED |
|---|---|
| NEW YORK | 3 |

PLACE AND DATE OF ISSUE
NEW YORK, NY 06/28/2001

The Merchant's attention is drawn to the fact that the terms of the Bill of Lading are continued on reverse side hereof and include limitations of liability in respect of loss or damage to the goods and delay. The package limitation mentioned in Clause 23 will not be applicable in the event that contents are carefully declared, itemised, valued by the Merchant prior to loading and Ad Valorem Freight is paid or contracted for. Goods carried in containers are carried in accordance with and subject to Carrier's container rainy service (see Cl. 1 overleaf) and Carrier's Container Rules and Tariffs (see Clauses 10, 11, 12 & 19 overleaf).

As Agents for Zim Israel Navigation Co., Ltd.
As Carrier

RIPTIONS OF MOL/LATE · UCNYC - BDOGPESBDN - SSPHNYC1067  ***PAGE 2

```
IS (N.   FREIGHT PREPAID SHIPPED ON          3160VSKG
         BOARD ZIM ATLANTIC 15/E DATED       70-2935R
         JUNE 28, 2001
         13 X 40' CONTAINERS 318.078 M.
         TONS (+/-10.) RECOVERED (WASTE
         AND SCRAP) PAPER
         OR PAPER BOARD, OLD CORRUGATED
         CONTAINER (OCC) PS 11 AT THE
         RATE OF USD99.00
         PER M.TON CFR CHITTAGONG, AS
         PER BENEFICIARY'S PROFORMA
         INVOICE NO. 1-9999-A
         DTD. 22/04/2001. PACKING IS IN
         EXPORT STANDARD BALE PACKING.
         IMPORT UNDER CFR, L/C NO.
         202120154, LCA NO.004249, H.S.
         CODE NO. 4707.10.00,
         IMPORTERS IRC NO. BA-37927, VAT
         REGISTRATION NO. 210100119?,
         TIN NO.
         375-262-2379/CC-9 AND
         BANGLADESH BANK REGISTRATION
         NO. M-202122203455 DTD.
         98/25/2002
         SHIPMENT IS EFFECTED IN
         CONTAINER
         LETTER OF CREDIT NO. 202120154
         DT. 09/05/2001
         AEXIN 112573638-M_-01-- Z-542
```

ZIM CONTAINER SERVICE

| SHIPPER / EXPORTER (NAME & ADDRESS) | BOOKING No. | BILL OF LADING No. |
|---|---|---|
| M/S. VIPA LAUSANNE S.A., 1002 LAUSANNE (CH) GALERIES BENJAMIN-CONSTANT 1, CASE POSTALE 4131, SWITZERLAND. | 1ENYC2643 | SSPHNYC1083 |
| | EXPORT REFERENCES | |
| | A01-0365 | |
| | FL-01-2356B | |
| CONSIGNEE (NAME & ADDRESS) | FORWARDING AGENT F.M.C. No. | FMC# 1735 |
| TO THE ORDER OF "DHAKA BANK LTD., KHATUNGONJ BRANCH, 292/293, KHATUNGONJ, CHITTAGONG" | FRANLIG FORWARDING CO., INC 401 BROADWAY NEW YORK, NY 10013 | |
| (B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY) | |
| NOTIFY (NAME & ADDRESS) | REMARKS / EXPORT OR OTHER INSTRUCTIONS | |
| M/S. MEB PAPER AND BOARD MILLS LTD., 100, KHATUNGONJ, CHITTAGONG, BANGLADESH, FACTORY ADDRSS: KALURGHAT, CHITTAGONG, BANGLADESH | ALSO NOTIFY: DHAKA BANK LTD., KHATUNGONJ BRANCH, 292/293, KHATUNGONJ, CHITTAGONG, BANGLADESH | |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS (IF CONTRACTED FOR) | | |
|---|---|---|---|
| LOADING VESSEL* | VOY. | PORT OF LOADING* | |
| CHINA | 13/E | NEW YORK | |
| PORT OF DESTINATION* | FINAL DESTINATION* (IF CONTRACTED FOR) | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) | |
| CHITTAGONG PORT | | | |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| | DESCRIPTION DETAILS AS PER ATTACHED RIDER 20 CONTAINERS AS PER ATTACHED LIST | | |

EXHIBIT "B"

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| DETAILS | | RATE | | TOTAL | FREIGHT |
|---|---|---|---|---|---|
| | | PER | AMOUNT | PREPAID | COLLECT |
| FREIGHT PREPAID | FREIGHT | UNIT | 950.00 | 19000.00 | DL |
| ON BOARD: 07/31/2001 | B/L FEES | U | 25.00 | 25.00 | DL |
| CY/CY | | | | | |
| SHIPPERS/LOAD/COUNT/STOW | | | | | |

AD VALOREM FREIGHT

MERCHANT'S DECLARED VALUE OF GOODS:
If Merchant enters a value, Carriers "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 23)

$US 19025.00

IN WITNESS whereof the Master or Agent of the said vessel has signed the number of original Bills of Lading stated below. All of this tenor and date. If this Bill of Lading is consigned to order, one shall be surrendered before delivery and the others to stand void.

| FREIGHT PAYABLE AT | No. OF ORIGINAL B/L ISSUED |
|---|---|
| NEW YORK | 3 |
| PLACE AND DATE OF ISSUE | |
| NEW YORK, NY   07/31/2001 | |

The Merchant's attention is drawn to the fact that the terms of the Bill of Lading are continued on reverse side hereof and include limitations of liability in respect of loss or damage to the goods and delay. The package limitation mentioned in Clause 23 will not be applicable in the event that contents are carefully declared, itemised, valued by the Merchant prior to loading and Ad Valorem Freight is paid or contracted for. Goods carried in containers are carried in accordance with and subject to Carrier's container relay service (see Cl. 1 overleaf) and Carrier's Container Rules and Tariffs (see Clauses 10, 11, 12 & 19 overleaf).

NON - NEGOTIABLE

As Agents for Zim Israel Navigation Co., Ltd.
As Carrier

```
TAINERS OF ZCH,137E - USNYC - BDDGP1LHFA - SSPHNYCIMB3  ***PAGE 1
```

| tainer # | Seal number | | | Weight (Lbs) | Weight (Kgs) | Size |
|---|---|---|---|---|---|---|
| J7571990 | 5239 | 36 | BAL | 5450 | 24794 | 40' |
| L7304119 | 5250 | 36 | BAL | 54741 | 24921 | 40' |
| 148\B397 | 5249 | 38 | BAL | 54200 | 24494 | 40' |
| J4172442 | 5650 | 39 | BAL | 55221 | 25048 | 40' |
| 17751147 | 5256 | 37 | BAL | 55140 | 25011 | 40' |
| 14276530 | 5277 | 38 | BAL | 56160 | 25465 | 40' |
| J6325086 | 5243 | 39 | BAL | 54397 | 24666 | 40' |
| 17347490 | 5446 | 36 | BAL | 54346 | 24640 | 40' |
| J3473647 | 5234 | 36 | BAL | 56119 | 25451 | 40' |
| JB571217 | 5235 | 39 | BAL | 56586 | 25664 | 40' |
| J5594443 | 5533 | 54 | BAL | 56560 | 25222 | 40' |
| J5547777 | 5531 | 36 | BAL | 54860 | 24004 | 40' |
| J9937153 | 5450 | 35 | BAL | 54921 | 24902 | 40' |
| 11872527 | 5511 | 35 | BAL | 54040 | 24512 | 40' |
| J5G0BM70 | 5273 | 38 | BAL | 55880 | 25347 | 40' |
| J4042588 | 5274 | 33 | BAL | 55020 | 24940 | 40' |
| J4737827 | 5273 | 36 | BAL | 55324 | 25093 | 40' |
| J7520157 | 5242 | 35 | BAL | 54800 | 24897 | 40' |
| J8338664 | 5262 | 36 | BAL | 54651 | 24794 | 40' |
| J4753112 | 5236 | 36 | BAL | 55190 | 25034 | 40' |

```
**   DESCRIPTIONS OF XCH,13/E - USNYC - BDCGMILHFA - SSPHNYC10HZ   ***PAGE 2
========================================================================
                20 CNY    20  40' CONTAINERS S.T.C. 731      499740KG
                          BALES:                             1101748LB
                          499.745 M.TONS (+/ 1%.)
                          RECOVERED (WASTE AND SCRAP)
                          PAPER OR PAPER BOARD, OLD
                          CORRUGATED CONTAINER (OCC) PS
                          11 AT THE RATE OF USD99.00 PER
                          M. TON CFR
                          CHITTAGONG, AS PER
                          BENEFICIARY'S PROFORMA INVOICE
                          NO. 01-9999-B DTD.22/04/2001.
                          PACKING IS IN EXPORT STANDARD
                          BALE PACKING
                          SHIPPED ON BOARD CHINA 13/E
                          D/O. 07/31/2001
                          IMPORT UNDER CFER, L/C
                          NO.222120155, LCA NO. DBL IND
                          804248, H.S. CODE NO.
                          4707.10.00, IMPORTERS IRC NO.
                          BA-37927, VAT REGISTRATION NO.
                          2101001192, TIN
                          NO.375-200-2379/100-9 AND
                          BANGLADESH
                          BANK REGISTRATION NO.
                          05220122093454 DTD. 20/05/2001
                          SHIPMENT IS EFFECTED IN
                          CONTAINER
                          LETTER OF CREDIT NO.222120155
                          DT. 15/05/2001
                          SHIPPERS LOAD STOWAGE AND COUNT.
                          AEGXTN 1123722690 FL-01-27528
```